```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 04211
   JOHNNIE SMITH JR
   SHAWAN L JONES-SMITH                         CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

     Debtor
   SSN XXX-XX-3499     SSN XXX-XX-8996

-----------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 02/25/08 and confirmed on 04/24/08.

   2.  The case was dismissed after confirmation, 12/04/2008.

   3.  The Debtor paid a total of $   3192.00 .

   4.  The Trustee made disbursements to creditors as follows:

-----------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                          PAID           PAID
-----------------------------------------------------------------------
COUNTRYWIDE FINANCIAL     CURRENT MORTG         .00            .00              .00
COUNTRYWIDE FINANCIAL     MORTGAGE ARRE     1551.47            .00          1551.47
ACCELERATED REHABILITATI  UNSECURED        NOT FILED           .00              .00
ALLIED INTERSTATE         UNSECURED        NOT FILED           .00              .00
CAPITAL ONE BANK          UNSECURED        NOT FILED           .00              .00
COMPUCREDIT CORP          UNSECURED        NOT FILED           .00              .00
CREDIGY RECEIVEABLES      UNSECURED        NOT FILED           .00              .00
CREDITORS COLLECTION      UNSECURED        NOT FILED           .00              .00
FIRST PREMIER BANK        UNSECURED        NOT FILED           .00              .00
GERMBUSTERS               UNSECURED        NOT FILED           .00              .00
HARRIS & HARRIS LTD       UNSECURED        NOT FILED           .00              .00
ILLINOIS COLLECTION SERV  UNSECURED        NOT FILED           .00              .00
IPC OF ILLINOIS           UNSECURED        NOT FILED           .00              .00
MED BUSINESS BUREAU       UNSECURED        NOT FILED           .00              .00
MERCHANTS CREDIT GUIDE    UNSECURED        NOT FILED           .00              .00
MERCHANTS CREDIT GUIDE    UNSECURED        NOT FILED           .00              .00
NICOR GAS                 UNSECURED        NOT FILED           .00              .00
NORTHWEST COLLECTION      UNSECURED        NOT FILED           .00              .00
NW SUBURBAN IMAGING CONS  UNSECURED        NOT FILED           .00              .00

CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                          PAID           PAID
-----------------------------------------------------------------------
     Summary of disbursements:
-----------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED      OTHER        TOTAL
-----------------------------------------------------------------------
TOTAL CLMS ALLOWED  1551.47          .00          .00         .00      1551.47
PRINCIPAL PAID      1551.47          .00          .00         .00      1551.47
INTEREST PAID           .00          .00          .00         .00          .00
TOTAL PAID          1551.47          .00          .00         .00      1551.47
```

The Debtor's attorney, JAMES A YOUNG & ASSOC         , was allowed $   3500.00 and was paid $   1000.00   direct and $   1455.39   through the plan.

The Trustee received $    185.14 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/12/09                      /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE